Opinion issued August 20, 2015



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00431-CV

————————————

## IN RE JOHN F. CURRY, JR., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

In this original proceeding, relator John F. Curry, Jr. seeks mandamus relief compelling the trial court to vacate its May 5, 2015 Order on Respondent's Motion for Interim Fees, by which relator was ordered to pay $10,000 in interim attorney's fees. The petition for writ of mandamus is **DENIED**. We lift the stay of the order issued by this Court on May 12, 2015.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Brown.